**FILED**

Mar 06, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHELE BECKWITH
Acting United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ALBERTO RUIZ-ZAMORA,<br>AKA, LUIS RUIZ,<br><br>Defendant. | CASE NO. 1:25-cr-00042-KES-BAM<br><br>18 U.S.C. § 111(a)(1) – Assault on an Officer or Employee (Four Counts); 18 U.S.C. § 111(a)(1) and (b) – Assault on an Officer or Employee with Bodily Injury (Five Counts) |

INDICTMENT

COUNT ONE:  [18 U.S.C. § 111(a)(1) – Assault on an Officer or Employee]

The Grand Jury charges: T H A T

MIGUEL ALBERTO RUIZ-ZAMORA,
AKA LUIS RUIZ,

defendant herein, on or about November 30, 2024, at the Golden State Annex Detention Center in the County of Kern, State and Eastern District of California, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Victim 1, a detention officer who was under contract with the United States Immigration and Customs Enforcement agency, while Victim 1 was engaged in and assisting the Immigration and Customs Enforcement agency in the performance of official duties, and on account of such assistance and performance, did make physical contact with Victim 1, in violation of Title 18,

INDICTMENT

1

United States Code, Section 111(a)(1).

COUNT TWO: [18 U.S.C. § 111(a)(1), (b) – Assault on an Officer or Employee with Bodily Injury]

The Grand Jury charges: T H A T

MIGUEL ALBERTO RUIZ-ZAMORA,
AKA LUIS RUIZ,

defendant herein, on or about December 3, 2024, at the Golden State Annex Detention Center in the County of Kern, State and Eastern District of California, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Victim 2 and Victim 3, detention officers who were under contract with the United States Immigration and Customs Enforcement agency, while those officers were engaged in and assisting the Immigration and Customs Enforcement agency in the performance of official duties, and on account of such assistance and performance, and, in doing so, inflicted bodily injury on Victim 2 and Victim 3, in violation of Title 18, United States Code, Section 111(a)(1), (b).

COUNT THREE: [18 U.S.C. § 111(a)(1), (b) – Assault on an Officer or Employee with Bodily Injury]

The Grand Jury charges: T H A T

MIGUEL ALBERTO RUIZ-ZAMORA,
AKA LUIS RUIZ,

defendant herein, on or about December 30, 2024, at the Golden State Annex Detention Center in the County of Kern, State and Eastern District of California, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Victim 4, a detention officer who was under contract with the United States Immigration and Customs Enforcement agency, while that officer was engaged in and assisting the Immigration and Customs Enforcement agency in the performance of official duties, and on account of such assistance and performance, and, in doing so, inflicted bodily injury on Victim 4, in violation of Title 18, United States Code, Section 111(a)(1), (b).

COUNT FOUR: [18 U.S.C. § 111(a)(1), (b) – Assault on an Officer or Employee with Bodily Injury]

The Grand Jury charges: T H A T

MIGUEL ALBERTO RUIZ-ZAMORA,
AKA LUIS RUIZ,

defendant herein, on or about January 27, 2025, at the Golden State Annex Detention Center in the County of Kern, State and Eastern District of California, did forcibly assault, resist, oppose, impede,

INDICTMENT

2

intimidate, and interfere with Victim 5, a nurse who was under contract with the United States Immigration and Customs Enforcement agency, while that nurse was engaged in and assisting the Immigration and Customs Enforcement agency in the performance of official duties, and on account of such assistance and performance, and, in doing so, inflicted bodily injury on Victim 5, in violation of Title 18, United States Code, Section 111(a)(1), (b).

COUNT FIVE:  [18 U.S.C. § 111(a)(1) – Assault of a Federal Officer or Employee]

The Grand Jury charges: T H A T

MIGUEL ALBERTO RUIZ-ZAMORA,
AKA LUIS RUIZ,

defendant herein, on or about January 31, 2025, at the Golden State Annex Detention Center in the County of Kern, State and Eastern District of California, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Victim 6, a nurse who was under contract with the United States Immigration and Customs Enforcement agency, while that nurse was engaged in and assisting the Immigration and Customs Enforcement agency in the performance of official duties, and on account of such assistance and performance, did make physical contact with Victim 6, in violation of Title 18, United States Code, Section 111(a)(1).

COUNT SIX:  [18 U.S.C. § 111(a)(1), (b) – Assault on an Officer or Employee with Bodily Injury]

The Grand Jury charges: T H A T

MIGUEL ALBERTO RUIZ-ZAMORA,
AKA LUIS RUIZ,

defendant herein, on or about February 1, 2025, at the Golden State Annex Detention Center in the County of Kern, State and Eastern District of California, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Victim 7, a nurse who was under contract with the United States Immigration and Customs Enforcement agency, while that nurse was engaged in and assisting the Immigration and Customs Enforcement agency in the performance of official duties, and on account of such assistance and performance, and, in doing so, inflicted bodily injury on Victim 7, in violation of Title 18, United States Code, Section 111(a)(1), (b).

///

INDICTMENT

COUNT SEVEN:  [18 U.S.C. § 111(a)(1) – Assault on an Officer or Employee]

The Grand Jury charges: T H A T

MIGUEL ALBERTO RUIZ-ZAMORA,
AKA LUIS RUIZ,

defendant herein, on or about February 24, 2025, at the Golden State Annex Detention Center in the County of Kern, State and Eastern District of California, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Victim 8, a detention officer who was under contract with the United States Immigration and Customs Enforcement agency, while that officer was engaged in and assisting the Immigration and Customs Enforcement agency in the performance of official duties, and on account of such assistance and performance, did make physical contact with Victim 8, in violation of Title 18, United States Code, Section 111(a)(1).

COUNT EIGHT:  [18 U.S.C. § 111(a)(1) – Assault on an Officer or Employee]

The Grand Jury charges: T H A T

MIGUEL ALBERTO RUIZ-ZAMORA,
AKA LUIS RUIZ,

defendant herein, on or about February 24, 2025, at the Fresno County Jail in the County of Fresno, State and Eastern District of California, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Victim 9, a Fresno County Sherriff's Office Deputy who was under contract with the United States Marshals Service, while that deputy was engaged in and assisting the United States Marshals Service in the performance of official duties, and on account of such assistance and performance, did make physical contact with Victim 9, in violation of Title 18, United States Code, Section 111(a)(1).

COUNT NINE:  [18 U.S.C. § 111(a)(1), (b) – Assault on an Officer or Employee with bodily injury]

The Grand Jury charges: T H A T

MIGUEL ALBERTO RUIZ-ZAMORA,
AKA LUIS RUIZ,

defendant herein, on or about February 25, 2025, at the Fresno County Jail in the County of Fresno, State and Eastern District of California, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Victim 10, a Fresno County Sherriff's Office Deputy who was under contract with the

INDICTMENT

4

United States Marshals Service, while that deputy was engaged in and assisting the United States Marshals Service in the performance of official duties, and on account of such assistance and performance, and, in doing so, inflicted bodily injury on Victim 10, in violation of Title 18, United States Code, Section 111(a)(1), (b).

A TRUE BILL.

/s/ Signature on file w/AUSA

_____

FOREPERSON

MICHELE BECKWITH
Acting United States Attorney

**KIMBERLY A. SANCHEZ**
_____
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT

5