HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MIGUEL RUIZ-ZAMORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00042-KES-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| MIGUEL RUIZ-ZAMORA, | Date:   August 13, 2025<br>Time:   1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Miguel Ruiz-Zamora, that the status conference currently scheduled for April 23, 2025, at 1:00 p.m. may be continued to August 13, 2025, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. The government provided an initial batch of discovery on March 11, 2025, and a supplemental batch of discovery on April 9, 2025. Defense Counsel requires additional time for review of discovery, effective preparation of the case, and negotiation between the parties.  In light of the above, the parties are requesting that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the parties and the Court.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date

1  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
2  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to August 13,
3  2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
4  3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at
5  defendant's request on the basis of the Court's finding that the ends of justice served by taking
6  such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: April 16, 2025

*/s/ Calvin Lee*
CALVIN LEE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 16, 2025

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
MIGUEL RUIZ-ZAMORA

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for April 23, 2025, at 1:00 p.m. is hereby continued to **August 13, 2025, at 1:00 p.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The time period to August 13, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 16, 2025**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE