1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MIGUEL RUIZ-ZAMORA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:25-cr-00042-KES-BAM
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**
13 | vs. |
14 | MIGUEL RUIZ-ZAMORA, | Date:   September 24, 2025
   |                     | Time:  1:00 p.m.
15 | Defendant. | Judge: Hon. Barbara A. McAuliffe
16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal

19 Defender Laura Myers, counsel for Miguel Ruiz-Zamora, that the status conference currently

20 scheduled for August 13, 2025, at 1:00 p.m. may be continued to September 24, 2025, at 1:00

21 p.m.

22         The parties agree and stipulate, and request that the Court find the following. The

23 government provided an initial batch of discovery on March 11, 2025, and a supplemental batch

24 of discovery on April 9, 2025. The government has made a plea offer, and the parties are

25 currently engaged in ongoing plea negotiations.  Defense Counsel requires additional time for

26 review of discovery, effective preparation of the case, and negotiation between the parties.  In

27 light of the above, the parties are requesting that the matter be continued for a further status

28 conference. The continuance will conserve time and resources for the parties and the Court.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to September 24, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

KIMBERLY A. SANCHEZ
Acting United States Attorney

Date: August 7, 2025        */s/ Calvin Lee*
                            CALVIN LEE
                            Assistant United States Attorney
                            Attorney for Plaintiff

                            HEATHER E. WILLIAMS
                            Federal Defender

Date: August 7, 2025        */s/ Laura Myers*
                            LAURA MYERS
                            Assistant Federal Defender
                            Attorney for Defendant
                            MIGUEL RUIZ-ZAMORA

# O R D E R

IT IS SO ORDERED. The status conference currently scheduled for August 13, 2025, at 1:00 p.m. is hereby continued to **September 24, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period to September 24, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 7, 2025**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE