1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MIGUEL RUIZ-ZAMORA
7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:25-cr-00042-KES-BAM
12 |          Plaintiff,        | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER**
13 | vs.                        |
14 | MIGUEL RUIZ-ZAMORA,        |
15 |          Defendant.        |

18         Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Miguel Ruiz-Zamora, having
19 been advised of his right to be present at all stages of the proceedings, hereby requests that this
20 Court permit him to waive his right to personally appear at the status conference set for
21 September 24, 2025, at 1:00 p.m., and for all non-substantive proceedings in this matter pursuant
22 to this waiver. Mr. Ruiz-Zamora agrees that his interests shall be represented at all times by the
23 presence of his attorney, Assistant Federal Defender Laura Myers, the same as if Mr. Ruiz-
24 Zamora were personally present, and requests that this Court allow his attorney-in-fact to
25 represent his interests at all times.

Respectfully submitted,

Date: September 18, 2025        /s/      Miguel Ruiz
                                MIGUEL RUIZ-ZAMORA
                                (Original on file)


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: September 18, 2025        /s/ Laura Myers
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                MIGUEL RUIZ-ZAMORA

## **O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference set for September 24, 2025, and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.

IT IS SO ORDERED.

Dated:   **September 19, 2025**         /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

Ruiz-Zamora - Rule 43 Waiver

2