HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MIGUEL RUIZ-ZAMORA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ALBERTO RUIZ-ZAMORA,<br><br>Defendant. | CASE NO. 1:25-CR-00042-KES-BAM<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: December 10, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on October 22, 2025.

2. The parties have met and conferred and agree that the status conference should be continued to a later date. Defendant's counsel will need time to review the produced discovery. Accordingly, the parties' preference would be to set the case for a status conference on December 10, 2025.

3. By this stipulation, defendant now moves to continue the status conference until December 10, 2025, and to exclude time between October 22, 2025, and December 10, 2025, under 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4. The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

a) The government has represented that the discovery associated with this case includes reports, audio recordings, and surveillance footage. All this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government has also made a formal written plea offer to the defendant.

b) Counsel for defendant desires additional time to review the plea offer with her client and discuss a pretrial resolution of the case with the government.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2025 to December 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: October 16, 2025

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated: October 16, 2025

/s/ *Laura Myers*
Laura Myers
Counsel for Defendant
MIGUEL ALBERTO RUIZ-ZAMORA

## **ORDER**

IT IS SO ORDERED that the status conference is continued from October 22, 2025, to **December 10, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated:   **October 16, 2025**                 /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE