**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>MIGUEL ALBERTO RUIZ-ZAMORA,<br><br>       Defendant. | Case No.: 1:25-CR-00042-KES-EPG<br><br>**ORDER REGARDING PERSONAL APPEARANCE** |

On September 19, 2025, the Court ordered that "defendant's appearance is waived for the status conference set for September 25, 2025, and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court." (ECF No. 22).

Upon consideration, the Court finds that Mr. Ruiz-Zamora's personal appearance at proceedings will aid the resolution of this proceeding. Accordingly, the Court will require Mr. Ruiz-Zamora's personal appearance at all proceedings in this matter, until further order of the Court.

IT IS SO ORDERED.

Dated:   **January 14, 2026**        /s/ *Erica P. Grosjean*

                                   UNITED STATES MAGISTRATE JUDGE

1

2