HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MIGUEL ALBERTO RUIZ-ZAMORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00042-KES-EPG |
| Plaintiff, | **AMENDED STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER** |
| vs. | |
| MIGUEL ALBERTO RUIZ-ZAMORA, | Date:  August 3, 2026<br>Time:  9:30 a.m. |
| Defendant. | Judge:  Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, Assistant Federal Defender Laura Myers, counsel for Miguel Ruiz-Zamora, that the Court may vacate the status conference currently scheduled for June 10, 2026, at 1:00 p.m., and set the matter for a change-of-plea hearing on August 3, 2026, at 9:30 a.m., in front of Judge Kirk E. Sherriff.

The parties agree and request that the Court make the following findings:

1.      By previous order, this matter was set for a status conference on June 10, 2026.

2.      Mr. Ruiz-Zamora intends to enter an open plea.  An Application for Permission to Enter Plea of Guilty will be filed in advance of the plea hearing.

3.      The parties therefore request that the Court vacate the June 10 status conference and set the matter for a change-of-plea hearing on August 3, 2026.

4.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the parties agree that the time period of June 10, 2026, to August 3, 2026, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: June 4, 2026

*/s/ Calvin Lee*
CALVIN LEE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 4, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
MIGUEL ALBERTO RUIZ-ZAMORA

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for June 10, 2026, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for August 3, 2026, at 9:30 a.m., before Judge Kirk E. Sherriff.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 10, 2026, to August 3, 2026, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **June 8, 2026**                        /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

Ruiz-Zamora  – Stipulation to Vacate Status Conference and       3
Set for Change-of-Plea Hearing